### 16741.    ADKINS *v.* SALMON.

STEPHENS, J.    1. This being a suit in trover to recover certain farming tools, implements, etc., and the evidence authorizing the inference that certain of the property, the value of which is represented by the amount found in the verdict, belonged to the plaintiff and was converted by the defendant, the verdict found for the plaintiff was authorized.

2. The motion for a new trial being based only upon the general grounds, the court did not err in overruling the motion.

    *Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

    DECIDED SEPTEMBER 23, 1926.

    Trover; from Floyd superior court—Judge Wright.    July 21, 1925.

    *Denny & Wright,* for plaintiff in error. *F. W. Copeland,* contra.